UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GINES-HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | Case No. 26-cv-03348-HSG<br><br>**ORDER DIRECTING RESPONSE TO PETITIONER'S EX PARTE MOTION AND PROVISIONALLY GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND APPOINTING COUNSEL**<br><br>Re: Dkt. Nos. 2, 7 |

Petitioner Juan Carlos Gines-Hernandez filed a habeas petition, Dkt. No. 1, and a motion for a temporary restraining order, Dkt. No.7, on April 21, 2026. Petitioner alleges that he was arrested on April 8, 2026, for a misdemeanor charge, but he was ordered released on April 20, 2026, after the magistrate judge found that the warrant was facially invalid. Dkt. No. 1 ¶¶ 23–24. However, Petitioner was "not released from U.S. Marshal's custody, but was re[-]detained and held for ICE." *Id.* ¶ 25. Petitioner's counsel represents that he is being detained in the Northern District of California. Dkt. No. 1-1 ¶ 9. Petitioner's counsel also indicates that Petitioner has given notice to the government. Dkt. No. 7 at 2.

The Court **DIRECTS** Respondents to file a response to the TRO by 5:00 p.m. on Wednesday, April 22, 2026. Petitioner may file a reply by 3:00 p.m. on Thursday, April 23, 2026. The motion will be deemed submitted at that time unless otherwise ordered by the Court. The Clerk is directed to serve this Order via email on Pamela Johann, Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of California, at pamela.johann@usdoj.gov.

In order to protect this Court's jurisdiction, and pending further order of the Court, Respondents are **BARRED** from transferring Petitioner out of this District or removing him from the country, until the Court has ruled on the motion for a temporary restraining order.

United States District Court
Northern District of California

Additionally, Petitioner filed a motion for leave to proceed *in forma pauperis* ("IFP") and for appointment of counsel. Dkt. No. 2. Petitioner notes that the magistrate judge in the related criminal case already determined that he was indigent and appointed counsel to represent him. *Id.* at 2. A court may allow a plaintiff to prosecute an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or provide such security. *See* 28 U.S.C. § 1915(a). The Court provisionally **GRANTS** the motion for leave to proceed *in forma pauperis*, Dkt. No. 2, in light of the financial affidavit submitted in *United States v. Gines-Hernandez*, No. 3:26-mj-70398-MAG (N.D. Cal. Apr. 9, 2026), Dkt. No. 4. The Court also provisionally **GRANTS** Petitioner's request to appoint his existing counsel from the Office of the Federal Public Defender in the interests of justice and pursuant to 18 U.S.C. § 3006A(a)(2)(b). However, counsel must submit an updated IFP application consistent with this District's Civil Local Rule 3-10(b)(2) by April 28, 2026. The Court will make a final determination of eligibility upon receiving that information.

**IT IS SO ORDERED.**

Dated: April 21, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

2